**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 03-2367

—————

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

JEAN JENSEN, Secretary of the Commonwealth of
Virginia State Board of Elections,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-03-763-A)

—————

Submitted:  March 25, 2004          Decided:  March 30, 2004

—————

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Charles William Levy, Appellant Pro Se.  James Walter Hopper,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals the district court's orders denying relief on his action challenging Virginia's ballot restriction limiting a candidate to two offices, Va. Code Ann. §§ 24.2-504, 24.2-525 (Michie 2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Levy v. Jensen</u>, No. CA-03-763-A (E.D. Va. Sept. 27, 2003; Oct. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>